# In the United States Court of Federal Claims

No. 25-218

(Filed: September 15, 2025)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

MANITOU ISLAND TRANSIT, LLC,      *

                              *

         Plaintiff,      *

                              *

v.                                    *

                              *

THE UNITED STATES,      *

                              *

         Defendant.      *

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## SCHEDULING ORDER

On August 13, 2025, the parties filed a joint motion for an enlargement of time—of 61 days—for defendant to file its response to the complaint. [ECF 10]. The Court **GRANTS** defendant's unopposed motion for an enlargement of time, *nunc pro tunc*. Defendant **SHALL FILE** its response to the complaint **no later than October 20, 2025**.

     **IT IS SO ORDERED.**

                    s/ Thompson M. Dietz

                    THOMPSON M. DIETZ, Judge